1  MICHAEL D. ALLEN, State Bar No. 198126
   E-mail: mallen@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   E-mail: jclark@lbaclaw.com
3  ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
   E-mail: azuderweg@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
5  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
6  Facsimile No. (818) 545-1937

7

8  Attorneys for Defendants
   COUNTY OF LOS ANGELES,
9  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and
   LEROY BACA

## UNITED STATES DISTRICT OF COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE SANTILLAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity, CHARLES BECK, in his official capacity as Chief of the Los Angeles Police Department; COUNTY OF LOS ANGELES, a public entity; LEROY BACA in his official capacity as Sheriff of the County of Los Angeles; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity,<br><br>            Defendants. | Case No. 11-CV-7859 GAF (SHx)<br><br>**ORDER GOVERNING USE AND DISCLOSURE OF MEDICAL AND MENTAL HEALTH RECORDS OF PLAINTIFF JENNIE SANTILLAN** |

Pursuant to the Stipulation between the parties filed concurrently herewith and good cause appearing, IT IS HEREBY ORDERED:

Plaintiff Jennie Santillan's medical and mental health records from third party health care providers shall be deemed confidential and shall be governed by the following terms:

1. Only the stipulating parties, their counsel, and experts will have access to the information contained in the documents subject to this order;

2. The documents to be disclosed shall not be used for any purposes other than the litigation of the matter of *Santillan v. the City of Los Angeles, Case No. 11-CV-7859 GAF (SHx)*;

3. If any document subject to this order is used as an exhibit to any motion, it shall be filed under seal.

Dated: 2/23/12

STEPHEN J. HILLMAN
United States Magistrate Judge